Rock Hill v. Catawba Indians

THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
Rock Hill School District Number Three, a political subdivision of the State of South Carolina, Respondent/Appellant,
v.
Catawba Indian Tribe of South Carolina, a federally recognized Indian tribe, and all predecessors and successors in interest, Including the Catawba Indian Nation of South Carolina,
Appellant/Respondent.
The State of South Carolina, Intervenor.
 
 
 

Appeal From York County
 Lee S. Alford, Circuit Court Judge

Memorandum Opinion No. 2006-MO-013
Heard March 7, 2006  Filed April 3, 2006

AFFIRMED

 
 
 
Jay Bender and Holly Palmer Beeson, both of Baker, Ravenel & Bender, of Columbia, and Robert M. Jones, of Rock Hill, for Appellant/Respondent. 
Donald W. Harper and Carolyn W. Rogers, both of Harper & Rogers, of Rock Hill, for Respondent/Appellant.
Attorney General Henry D. McMaster and Assistant Deputy Attorney General J. Emory Smith, Jr., both of Columbia, for Intervenor.
 
 
 

PER CURIAM:  Affirmed pursuant to Rule 220(b)(1), SCACR, and the following authorities:  Powell v. Red Carpet Lounge, 280 S.C. 142, 311 S.E.2d 719 (1984)(holding statutes must be read together and reconciled if possible); Black v. Lexington School Dist. No. 2, 327 S.C. 55, 488 S.E.2d 327 (1997)(holding a defendant may be estopped from asserting statute of limitations defense when the delay was induced by the defendant's conduct); Dillon County Sch. Dist. No. Two v. Lewis Sheet Metal Works, Inc., 286 S.C. 207, 332 S.E.2d 555 (Ct.App. 1985), overruled on other grounds by Atlas Food Systems & Services, Inc. v. Crane Nat. Vendors Div. of Unidynamics Corp., 319 S.C. 556, 462 S.E.2d 858 (1995)(holding one's assurances to injured party that defects can be corrected coupled with attempts to correct them is conduct that "may lead the injured party to reasonably believe that it will receive satisfaction without resort to litigation.").
AFFIRMED.
MOORE, A.C.J., WALLER, PLEICONES, JJ., and Acting Justices James W. Johnson and J. Derham Cole, concur.